**SO ORDERED.**

**SIGNED this 16 day of May, 2017.**



*Austin E. Carter*
**Austin E. Carter**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ALAN SCOTT EVANS,<br>CHRISTINA MARIE EVANS,<br>    Debtor(s) | CASE NO. 14-10003-AEC |
| NATIONSTAR MORTGAGE, LLC,<br>    Movant | |
| v. | |
| ALAN SCOTT EVANS,<br>CHRISTINA MARIE EVANS,<br>    Respondent(s) | |

<u>ORDER ON MOTION FOR RELIEF FROM STAY</u>

The above styled Motion having come on before the Court for hearing on the 10th day of May, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) stay regarding any and all creditor action is lifted by this Court as to Nationstar Mortgage, LLC,

Movant herein, its successors and assigns, regarding the real property known as 1706 Daude Ave, Killen, TX, 76549 and premises of the Debtors described in the Security Instrument.

FURTHER ORDERED that Movant, its successors and assigns, be allowed to proceed as the holder of the Security Instrument designated in this case, to assert its rights, including, but not limited to, the institution of foreclosure proceedings, by advertising for foreclosure sale pursuant to the Power of Sale provision contained in the Deed to Secure Debt, and to assert any or all of its respective rights under Texas law, as to its collateral.

FURTHER ORDERED, upon entry of an Order granting relief from the automatic stay and the subsequent foreclosure of the subject property, the Movant herein shall be authorized to file an unsecured claim for any deficiency balance remaining.

FURTHER ORDERED, that Movant and Trustee hereby relieved from the requirements pursuant to Federal Rule of Bankruptcy Procedure 3002.1 upon entry of an Order granting relief from the automatic stay of §362.

FURTHER ORDERED, the Movant is hereby relieved from the requirements pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and this Order shall be effective upon the entry thereof.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

*/s/ Daniel L. Wilder*
DANIEL L. WILDER, Bar No. 141448
EMMETT L. GOODMAN, JR., LLC
Attorney for Movant
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org